UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-7415-JFW (RZx)**                                              Date:  November 21, 2012

Title:   Secured Document Services -v- Brian Pascal, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                                                   **None Present**
   **Courtroom Deputy**                                              **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                   None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 25, 2012, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for December 3, 2012, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

                                                                                                  Initials of Deputy Clerk   sr

(Rev. 2/15/08)